JUNE 25, 1997

No. 96–9506 (A–931). IN RE WORATZECK. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 96–9505 (A–929). WORATZECK v. ARIZONA BOARD OF EXECUTIVE CLEMENCY ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

JUNE 26, 1997

No. 96–1706. TEXAS LIFE, ACCIDENT, HEALTH & HOSPITAL SERVICE INSURANCE GUARANTY ASSN. v. GAYLORD ENTERTAINMENT CO. ET AL. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.2.

JUNE 27, 1997

No. 96–595. RENO, ATTORNEY GENERAL v. SHEA. Affirmed on appeal from D. C. S. D. N. Y.

No. 96–1779. MEADOWS, SECRETARY, STATE BOARD OF ELECTIONS OF VIRGINIA, ET AL. v. MOON ET AL.; and
No. 96–1918. HARRIS ET AL. v. MOON ET AL. Affirmed on appeals from D. C. E. D. Va.

No. 95–1879. DEPARTMENT OF AGRICULTURE v. CAL-ALMOND, INC., ET AL. C. A. 9th Cir. Certiorari granted, judgment va-